IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MILLENNIUM FUNDING, INC., a Nevada corporation,<br>VOLTAGE HOLDINGS, LLC, a Nevada limited liability company,<br>BODYGUARD PRODUCTIONS, INC., a Nevada corporation,<br>KILLING LINK DISTRIBUTION, LLC, a California limited liability company,<br>LHF PRODUCTIONS, INC., a Nevada corporation,<br>RAMBO V PRODUCTIONS, INC., a Nevada corporation,<br>WONDER ONE, LLC, a Wyoming limited liability company<br>DEFINITION DELAWARE, LLC, a Delaware limited liability company,<br>MILLENNIUM IP, INC., a Nevada corporation,<br>NIKOLA PRODUCTIONS, INC., a Nevada corporation,<br>OUTPOST PRODUCTIONS, INC., a Nevada corporation,<br>GLACIER FILMS I, LLC, a Louisiana limited liability company,<br>VENICE PI, LLC, a California limited liability company,<br>I AM WRATH PRODUCTIONS, INC., a California corporation,<br>BADHOUSE STUDIOS, LLC, a Wyoming limited liability company,<br>YAR PRODUCTIONS, INC., a New York corporation,<br>AMBI DISTRIBUTION CORP., a Delaware corporation,<br>AFTER PRODUCTIONS, LLC, a Delaware limited liability company,<br>AFTER II MOVIE, LLC, a Nevada limited liability company,<br>MORGAN CREEK PRODUCTIONS, INC., a Delaware corporation,<br>BEDEVILED LLC, a California limited liability company,<br>MILLENNIUM MEDIA, INC., a Nevada corporation, | CIVIL NO.: 22-mc-413(PAD)<br><br>RE:<br><br>COPYRIGHT INFRINGEMENT; NEGLIGENCE; FRAUD; TRADEMARK INFRINGEMENT; UNFAIR COMPETITION CLAIM; BREACH OF CONTRACT; UNJUST ENRICHMENT;<br><br>RECEIPT # PR000084228<br>AMOUNT: $49.00<br>JUL 08 2022<br>CASHIER'S SIGNATURE<br><br>RECEIVED CASHIER<br>CLERK'S OFFICE USDC PR<br>2022 JUL 8 PM 3:03 |

1

| | |
|---|---|
| COLOSSAL MOVIE PRODUCTIONS, LLC, a California limited liability company,<br>FSMQ FILM, LLC, a California limited liability company,<br>FW PRODUCTIONS, LLC, a California limited liability company,<br>LF2 PRODUCTIONS, INC., a Nevada corporation,<br>RUPTURE CAL, INC., a California limited liability company,<br>MON, LLC, a California limited liability company,<br>SF FILM, LLC, a New York limited liability company,<br>SPEED KILLS PRODUCTIONS, INC., a Wyoming corporation,<br>HANNIBAL CLASSICS INC., a California corporation,<br>JUSTICE EVERYWHERE PRODUCTIONS LLC, a Georgia limited liability company,<br>STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, a California limited liability company,<br>PARADOX STUDIOS, LLC, a Delaware limited liability company,<br>DALLAS BUYERS CLUB, LLC, a Texas limited liability company,<br>SCREEN MEDIA VENTURES, LLC, a Delaware limited liability company, and<br>42 VENTURES, LLC, a Hawaii limited liability company,<br><br>Plaintiff<br><br>v.<br><br>1701 MANAGEMENT LLC d/b/a LIQUIDVPN, a Puerto Rico limited liability company, AUH2O LLC, a Nevis limited liability company, QUADRANET INC., a California Corporation, QUADRANET ENTERPRISES LLC, a Delaware limited liability company, CHARLES MUSZYNSKI a/k/a | |

| FREDERICK DOUGLAS, individually, VPNETWORKS, LLC d/b/a TorGuard, a Florida limited liability company, and DOES 1-100, Defendants | |
|---|---|

## MOTION FOR REGISTRATION OF A JUDGMENT FROM ANOTHER DISTRICT UNDER 28 U.S.C. § 1963

**TO THE HONORABLE COURT:**

**COME NOW,** MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, SCREEN MEDIA VENTURES, LLC, and 42 VENTURES, LLC (collectively "Plaintiffs") and by the undersigned counsel very respectfully STATE and PRAY:

1. On March 25, 2022, Plaintiffs obtained a Final Default Judgment and Permanent Injunction against the 1701 MANAGEMENT LLC d/b/a LIQUIDVPN ("LiquidVPN"),

3

AUH2O LLC, QUADRANET INC., QUADRANET ENTERPRISE LLC, CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS, VPNETWORKS, LLC d/b/a TORGUARD ("TorGuard") and DOES 1-100 ( collectively "Defendants") in a pending civil case before the United States District Court for the District of Southern Florida under Case No. 21-CV-20862 (Bloom/Otazo Reyez).

2. The judgement is final and not subject to any appeals as of this time.

3. In compliance with 28 U.S.C. § 1963 Plaintiffs are moving to register the judgment in the United States District Court for the District of Puerto Rico in order to collect against certain Defendants based in the District of Puerto Rico.

4. Therefore, Plaintiffs herein submit the following documents:

   a. A certified copy of the judgment obtained in Case No. 21-CV-20862.

   b. Clerk's Certification of a Judgment to be Registered in Another District issued by the Clerk of the United States District Court for the District of Southern Florida.

5. Accordingly, payment of the "filing fee" is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court" in the amount of $49.00.

6. Plaintiff's request that the Court take notice of the documents being filed and register the Judgment entered on March 25, 2022, under Case No. 21-CV-20862 in the United States District Court for the District of Puerto Rico.

**WHEREFORE**, Plaintiff's request that the Court take notice of the documents being filed and register the Judgment entered on March 25, 2022, under Case No. 21-CV-20862 in the United States District Court for the District of Puerto Rico along with any other relief it deems appropriate.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 8th day of July 2022.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

                        C. CONDE & ASSOC.

                        254 De San Jose Street
Suite 5
San Juan, P.R. 00901
Tel.: (787) 729-2900;  Fax: (787) 729-2203
Email: condecarmen@condelaw.com

*S/Carmen D. Conde Torres*
By: Carmen D. Conde Torres, Esq.
USDC No.: 207312