AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Millennium Funding, Inc., et al. ) | |
| *Plaintiff* ) | Civil Action No. 1:21-cv-20862-BB |
| v. ) | |
| 1701 Management, LLC, et al. ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __03/28/2022__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __6/13/22__

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

[Stamp: Certified to be a true and correct copy of the document on file. Angela E. Noble, Clerk, U.S. District Court, Southern District of Florida. By: _____ Deputy Clerk. Date: 6/13/22]